JUDGE JONES

07 CIV 7501

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANDROMEDA MANAGEMENT LTD.,

      Plaintiff,

- against -

IGT NAVIGATION LTD., PM SHIPPING CO. LTD., PRIMORSK SHIPPING CORPORATION, a/k/a PRISCO CORPORATION, PRISCO TANKER LTD. and PRISCO (SINGAPORE) PTE. LTD.

      Defendants.
-----------------------------------------------------------X

-- CV --
ECF CASE



RECEIVED AUG 24 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

      NONE.

Dated: August 24, 2007
      New York, NY

      The Plaintiff,

By: _____
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax

corozco@tisdale-law.com
ttisdale@tisdale-law.com