UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**07 CV 7501   ECF**

Andromeda Mgmt v. IGT Shipping Ltd, et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7501 (BSJ)(DFE)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ✓ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         11/13/07

                                            _____
                                            United States District Judge