285-07/PJG/GMV
FREEHILL, HOGAN & MAHAR, LLP
80 Pine St., 24th Fl.
New York, NY 10005
(ph) (212) 425-1900
(fx) (212) 425-1901
Peter J. Gutowski (PG 2200)
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ANDROMEDA MANAGEMENT LTD.,

|  |  |
|---|---|
| Plaintiff, | **07-cv-7501 (BSJ)** |

- against -

|  |  |
|---|---|
| IGT NAVIGATION LTD., PM SHIPPING CO. LTD., PRIMORSK SHIPPING CORPORATION, a/k/a PRISCO CORPORATION, PRISCO TANKER LTD. and PRISCO (SINGAPORE) PTE. LTD., | **NOTICE OF RESTRICTED APPEARANCE PURSUANT TO RULE E(8)** |

Defendants.
------------------------------------------------------------X

PLEASE TAKE NOTICE that Freehill Hogan & Mahar LLP, hereby enters a restricted appearance pursuant to Federal Rules of Civil Procedure Supplemental Admiralty Rule E(8) on behalf of Defendants IGT NAVIGATION LTD., PM SHIPPING CO. LTD., PRIMORSK SHIPPING CORPORATION, a/k/a PRISCO CORPORATION, PRISCO TANKER LTD. and PRISCO (SINGAPORE) PTE. LTD., reserving all defenses available to it including without limitation personal jurisdiction, service and venue.

Dated: New York, New York
    December 6, 2007

                            FREEHILL HOGAN & MAHAR LLP
                            Attorneys for Defendants
                            IGT NAVIGATION LTD.,
                            PM SHIPPING CO. LTD.,

NYDOCS1/295120.1                       1

PRIMORSK SHIPPING CORPORATION,
a/k/a PRISCO CORPORATION,
PRISCO TANKER LTD. and
PRISCO (SINGAPORE) PTE. LTD.,

By: _____

     Peter J. Gutowski (PG 2200)
     80 Pine Street
     New York, NY  10005
     (212) 425-1900

TO:   Tisdale Law Offices, LLC
       11 West 42nd Street, Suite 900
       New York, NY 10036