JONES, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDROMEDA MANAGEMENT LTD.,

    Plaintiff,

  - against -

IGT NAVIGATION LTD., PM SHIPPING CO.
LTD., PRIMORSK SHIPPING CORPORATION,
a/k/a PRISCO CORPORATION, PRISCO
TANKER LTD. and PRISCO (SINGAPORE) PTE.
LTD.
    Defendants.
------------------------------------------------------------X

07 CV 7501 (BSJ)
ECF CASE

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated and that this action is hereby dismissed with prejudice and without costs to any party.

Dated: June 17, 2008
     New York, NY

THE PLAINTIFF
ANDROMEDA MANAGEMENT LTD.,

By: _____
Claurisse Campanale-Orozco (CC3581)
Thomas L. Tisdale (TT5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel. (212) 354-0025 / Fax (212) 869-0067
File number: 1733
corozco@tisdale-law.com
ttisdale@tisdale-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

THE DEFENDANT
IGT NAVIGATION LTD.,

By: _____
Peter J. Gutowski (PG2200)
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
Tel. (212) 425-1900 / Fax (212) 425-1901
File number: 285-07/PJG/GMV
gutowski@freehill.com

SO ORDERED,

_____
U.S.D.J.

6/18/06

2